UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSIE LEE** | * | **CIVIL ACTION NO.: 18-2887** |
|     **Plaintiff** | * | |
| | * | **SECTION "N"** |
| **VERSUS** | * | |
| | * | **JUDGE: KURT D. ENGELHARDT** |
| **DEUTSCHE BANK NATIONAL TRUST** | * | |
| **COMPANY, AS TRUSTEE FOR LONG** | * | **MAG. 1** |
| **BEACH MORTGAGE LOAN TRUST 2005-** | * | |
| **WL1, JPMORGAN CHASE BANK, N.A.,** | * | **MAGISTRATE JUDGE:** |
| **BARRY GRODSKY AND CHERI COTOGNO** | * | |
| **GRODSKY, WIFE, BMRC PROPERTIES,** | * | **JANIS VAN MEERVELD** |
| **LLC, BRIAN MAHON and DOES 1-100** | * | |
| **INCLUSIVE et al.** | * | |
|     **Defendants.** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN OPPOSITION TO
EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

MAY IT PLEASE THE COURT,

Co-Defendants Barry Grodsky and Cheri Cotogno Grodsky (together, Appearers") respectfully oppose the request for the issuance of a temporary restraining order ("TRO") and respectfully seeks dismissal of the request by Jessie Lee ("Lee") for this relief.

Appearers have reviewed the Memorandum in Opposition to Emergency Motion for Temporary Restraining Order filed by Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2005-WL1 ("Deutsche Bank") and respectfully adopt its position. As to Paragraph 3 of Deutsche Bank's memorandum, Appearers respectfully aver that

1

the analysis as to Deutsche Bank expressly applies to them.  Appears aver that the TRO should be denied.

        Respectfully submitted,

        **TAGGART MORTON, L.L.C.**

        *s/ Barry Grodsky*
        _____
        Barry H. Grodsky, La. Bar No. 1388
        1100 Poydras Street, Suite 2100
        New Orleans, LA 70163
        Telephone:   (504) 599-8500
        Facsimile:    (504) 599-8501

        **Attorneys for Barry Grodsky and Cheri Cotogno Grodsky.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MEMORANDUM IN OPPOSITION TO EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** has been served upon:

Jessie Lee
904 N. Rendon Street
New Orleans, LA 70119

Jessie Lee
3139 Dumaine Street
New Orleans, Louisiana 70119

Mark C. Landry
Newman, Mathis, Brady & Spedal
433 Metairie Rd., Ste. 600
Metairie, LA 70005

*via* the Court's CM/ECF system, electronic mail or U.S. Mail, properly addressed and postage prepaid, this 3rd day of May, 2018.

        *s/ Barry Grodsky*
        _____
        **BARRY H. GRODSKY**