## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JESSIE LEE | : | CIVIL ACTION NO. |
|     **Plaintiff** | : | 18-2887 |
| | : | |
| versus | : | SECTION "J" |
| | : | |
| DEUTSCHE BANK NATIONAL TRUST | : | JUDGE BARBIER |
| COMPANY, AS TRUSTEE FOR LONG BEACH | : | |
| MORTGAGE LOAN TRUST 2005-WL1, | : | MAG. (1) |
| JPMORGAN CHASE BANK, N.A., BARRY | : | |
| GRODSKY AND CHERI COTOGNO GRODSKY, | : | MAGISTRATE JUDGE |
| WIFE, BMRC PROPERTIES, LLC, BRIAN | : | VAN MEERVELD |
| MAHON, AND DOES 1 THROUGH 100 | : | |
| INCLUSIVE, ET AL. | : | |
|     **Defendants** | : | |

: : : : : : : : : : : : : :

## **MEMORANDUM IN SUPPORT OF**
## **MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS**

BMRC Properties, LLC and Brian Mahon, named as defendants herein, submit this memorandum in support of their motion to dismiss this action. The motion is made pursuant to Rule 12(b)(5), Fed. R. Civ. Pro.

Defendant BMRC Properties, LLC, is a limited liability company organized under the laws of the State of Louisiana, with its principal place of business in the Parish of Orleans, State of Louisiana. Brian Mahon is an individual, who is domiciled in the Parish of Orleans, State of Louisiana.

According to plaintiff's Notice of Filing: Proof of Service (Rec. Doc. 9), defendant served BMRC Properties, LLC and Brian Mahon by certified mail. This is not an allowed method of service of process for defendants who can be served in Louisiana.

Rule 4(e) allows service on an individual, 1) using the manner in which Louisiana trial courts of general jurisdiction allow service of process or 2) by delivering a copy to the individual in person, or by domiciliary service, or by service on a duly appointed registered agent.

Rule 4(h) allows service on a corporation or other business association, by using the methods allows for service on an individual, or by delivering the summons and complaint, "...to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process..."

Louisiana law requires that service of citation on an individual be made by either personal or domiciliary service. La. Code Civ. Pro. art. 1231. Louisiana law allows service of process on a limited liability company, first to be made on its registered agent, and if that cannot be accomplished, on any member or manager (de[ending on how the company is managed) or on any employee of suitable age and discretion at the company's principal place of business. La. C.C.P. art. 1266(A) & (B). If service cannot be made as set out in Art. 1266, after a diligent search, service may be made on the Louisiana Secretary of State. La. C.C.P. art. 1267.

Service of citation by certified mail is not allowed, unless the individual resides outside of Louisiana or the LLC is located outside of Louisian, and they are being served pursuant to the Louisiana Long Arm Statute, La. R.S. 13:3204(A). The other two

exceptions to personal or domiciliary service is if the court is a justice of the peace court, La. C.C.P. art. 4919(D)(1), or if the case is brought in the small claims division of a city court. La. R.S. 13:5204 (A). Both city courts and justice of the peace courts are trial courts of limited jurisdiction. La. C.C.P. art. 4832. The Louisiana trial courts of general jurisdiction are the district courts. La. Const. Art. 5 § 16(A).

Here, service of process by certified mail is not allowed, either by Rule 4, or by Louisiana law, so the motion to dismiss should be granted. *Stanley v. Goodwin,* 475 F.Supp.2d 1026, 1034 (D. Haw. 2006), *aff'd*, 262 Fed.Appx. 786 (9th Cir.2007); *Williams v. Court Servs. & Offender Supervision Agency for D.C.*, 840 F.Supp.2d 192, 199 (D.D.C.2012) note 3; *Bryant v. Bank of New York*, 1:13CV358-HSO-RHW, 2015 WL 11004899, at *3 (S.D. Miss. May 22, 2015); *Jones v. Becnel*, CIV.A. 15-713, 2015 WL 4677543, at *4 (E.D. La. Aug. 6, 2015).

                                      NEWMAN, MATHIS, BRADY & SPEDALE
                                      A Professional Law Corporation
                                      433 Metairie Road, Suite 600
                                      Metairie, Louisiana  70005
                                      (504) 837-9040

                                By: /S/Mark C. Landry
                                      MARK C. LANDRY
                                      LA Bar Roll No. 7991

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on all parties or counsel of record by electronic notification provided by

the court's CM/ECF system, this 21st day of May, 2018.  To the extent that a party or attorney does not participate in the court's CM/ECF system, the foregoing has been served on those entities by First Class Mail, postage prepaid, on the same day.  Parties served by first class mail are as follows:

Jessie Lee
904 North Rendon Street
New Orleans, LA 70131

                                          /s/Mark C. Landry
                                          MARK C. LANDRY