## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSIE LEE** | * | **CIVIL ACTION NO.: 18-2887** |
|     Plaintiff | * | |
| | * | **SECTION "J"** |
| **VERSUS** | * | |
| | * | **JUDGE: CARL BARBIER** |
| **DEUTSCHE BANK NATIONAL TRUST** | * | |
| **COMPANY, AS TRUSTEE FOR LONG** | * | **MAG. 1** |
| **BEACH MORTGAGE LOAN TRUST 2005-** | * | |
| **WL1, JPMORGAN CHASE BANK, N.A.,** | * | **MAGISTRATE JUDGE:** |
| **BARRY GRODSKY AND CHERI COTOGNO** | * | |
| **GRODSKY, WIFE, BMRC PROPERTIES,** | * | **JANIS VAN MEERVELD** |
| **LLC, BRIAN MAHON and DOES 1-100** | * | |
| **INCLUSIVE et al.** | * | |
|     Defendants. | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes JPMorgan Chase Bank, N.A. ("Chase") which, for purposes of this Motion to Dismiss, respectfully represents that:

    1.    Jessie Lee filed a Complaint, or what purports to be a Complaint, against Chase.

    2.    The service was improper and the action as to Chase should be dismissed pursuant to Rule 12(b)(5). Further, withouot proper service, the court lacks personal jurisdiction and the matter must be dismissed under Rule 12(b)(2) for lack of personal jurisdiction.

    3.    Chase attaches a memorandum in support of its Motion to Dismiss.

WHEREFORE, JPMorgan Chase Bank, N.A., prays that its Motion to Dismiss be granted and that the above-numbered and entitled cause be dismissed solely as to JPMorgan Chase Bank, N.A., with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

**TAGGART MORTON, L.L.C.**

*s/ Barry Grodsky*

---

Barry H. Grodsky, La. Bar No. 1388
1100 Poydras Street, Suite 2100
New Orleans, LA 70163
Telephone:     (504) 599-8500
Facsimile:     (504) 599-8501

**Attorneys for JPMorgan Chase Bank, N.A.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION TO DISMISS** has been served upon:

Jessie Lee
2315 Republic St.
New Orleans, LA 70119

Mark C. Landry
433 Metairie Rd., Ste. 600
Metairie, LA 70005

through the court's CM/ECF system, *via* electronic mail or U.S. Mail, properly addressed and postage prepaid, this 11th day of June, 2018.

*s/ Barry Grodsky*

---

**BARRY H. GRODSKY**