

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE LEE,<br><br>Plaintiff,<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2005-WL1, JPMORGAN CHASE BANK, N.A., FEDERAL DEPOSIT INSURANCE CORPORATION, GRAHAM, ARCENAUX AND ALLEN, LLC, STACEY C. WHEAT, FRED J. DAIGLE, BARRY GRODSKY AND CHERI COTOGNO GRODSKY, WIFE, BMRC PROPERTIES, LLC, BRIAN MAHON, LAKESHA M. SELLERS, TODD C. SYLVESTER, ORLEANS PARISH SHERIFFS DEPARTMENT,  and does 1 through 100 inclusive, *ET AL.*<br>                       Defendants | Case No.: 18-2887<br>    SECT N MAG 1<br>    J( l )<br><br><br>PLAINTIFF'S NOTICE OF FILING: PROOF OF SERVICE |

COMES NOW, JESSIE LEE, Plaintiff, in propria persona, with this PLAINTIFF'S NOTICE OF FILING: PROOF OF SERVICE and states the following: As of October 11, 2018, all above mentioned Defendants have been properly served. Please see attached returns and copies, with each effective service and delivery date.

Dated: November 14, 2018.

*Jessie Lee*
JESSIE LEE
2315 Republic St.
New Orleans, LA 70119
ct2sctjl17@juno.com
(904) 514-7346

```
____ Fee ____
____ Process ____
_X__ Dktd ____
____ CtRmDep ____
____ Doc. No. ____
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing, PLAINTIFF'S NOTICE OF FILLING: PROOF OF SERVICE, has been sent to the parties listed below, by United States Postal Service Mail, on this 14st day of November, 2018:

Barry H. Grodsky. Taggart Morton 1100 Poydras Street, Suite 2100
New Orleans, LA, 70163-2100
For JPMORGAN CHASE BANK, N.A. AND BARRY GRODSKY

Deutsche Bank Trust Company. 60 Wall Street, 37th Floor
New York, New York 10005
Attention: Lynne Malina , (Legal Department)

Cheri Cotogno Grodsky. 1541 Octavia Street. New Orleans, LA. 70115

Mark C. Landry. NEMAN, MATHIS, BRADY & SPEDALE.
433 Metairie Road, suite 600, Metairie, LA. 70005
For Brian Mahon & BMRC Properties, LLC

Graham, Arceneaux and Allen, LLC., & Fred Daigle & Stacy C. Wheat
639 Loyola Ave. New Orleans. LA. 70113

Federal Deposit Insurance Corporation (FDIC)
5555 Hilton Avenue. Suite 300. Baton Rouge, Louisiana. 70808

LAKESHA M. SELLERS
Chase Bank, N.A, 780 Kansas Lane, Suite A, Monroe, LA. 71203

TODD C. SYLVESTER
2303 N. 7TH STREET WEST MONROE, LA 71291

Orleans Parish Sheriff Office
421 Loyola Avenue, 403 Civil Courts Building, New Orleans, LA 70112

By: Jessie Lee, *Jessie Lee* 11-14-2018
JESSIE LEE
2315 Republic St.
New Orleans, LA 70119
ct2sctjl17@juno.com
(904) 514-7346

**RETURN**

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Jessie Lee
)
)
)
)
)
Plaintiff(s)
)
v.
)  Civil Action No. 18-2887-Sect. N MAG 1
)
)
Deutsche Bank NAT. Trust. Et Al
)
Defendant(s)
)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Orleans Parish Sheriff Office
421 Loyola Av. 403 Civil Courts Building, N.O. LA. 70112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jessie Lee
2315 Republic St.
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 9-20-18

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ~~[redacted]~~ Orleans Parish Sheriff's Office

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* 421 Loyola Ave # 402 N.O. LA. 70112 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Oct __ 2018

_____
Server's signature

THERON LARROQUETTE
Printed name and title

3820 Orleans Ave N.O. LA. 70119
Server's address

Additional information regarding attempted service, etc:



**RETURN**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

Jessie Lee
_Plaintiff(s)_

v.

Deutsche Bank NAT. Trust Et AL
_Defendant(s)_

Civil Action No. 18-2887 · Sect. N MAG1

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
Todd C. Sylvester
2303 N. 7th Street West Monroe, LA. 71291

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jessie Lee
2315 Republic St.
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9-20-18

_Signature of Clerk or Deputy Clerk_

Help

# Product Tracking & Reporting



| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | October 16, 2018 |

## USPS Tracking Intranet
## Delivery Signature and Address

 **ATTENTION** Please note that "Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the Internet and Intranet tracking results page for international items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm; deliveries/attempts after 3:00pm fail service. Thank you for your support.

Last Updated: 8/30/2018

Tracking Number: 7018 0360 0002 3295 6523

This item was delivered on 10/12/2018 at 09:31:00

< Return to Tracking Number View

| | |
|---|---|
| Signature | *[handwritten signature]* |
| Address | 2303 |

Enter up to 35 items separated by commas.

Select Search Type: [Quick Search ▼]   [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 18.4.1.0.31

RETURN

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Jessie Lee )
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 18-2887-SecT N. MAG 1
)
Deutsche Bank NAT, Trust ETAL )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Lakesha M. Sellers
Chase Bank, N.A. 780 Kansas Lane, Suite A, Monroe LA 71203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jessie Lee
2315 Republic St.
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 9-20-18

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

RETURN

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Jessie Lee
*Plaintiff(s)*

v.

Deutsche Bank Nat. Trust. Et Al
*Defendant(s)*

Civil Action No. 18-2887-SecTN MAG-1

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Federal Deposit Insurance Corp. (FDIC)
5555 Hilton Av. Suite 300 Baton Rouge, LA. 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jessie Lee
2315 Republic St.
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9-20-18

*Signature of Clerk or Deputy Clerk*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FDIC)
5555 Hilton Ave
Baton Rouge, LA. 70808
70808

9590 9402 4152 8092 2938 58

2. Article Number (Transfer from service label)

7018 0360 0002 3295 6516

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 10/12/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lakesha M. Sellers
Chase Bank, N.A.
780 Kansas Lane, Suite A
Monroe LA. 71203

9590 9402 4152 8092 2938 27

2. Article Number (Transfer from service label)

7018 0360 0002 3295 4420

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Allred    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
ALLRED                            10/12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Todd C. Sylvester
2303 N. 7th Street
West Monroe, LA.
71291

9590 9402 4152 8092 2938 10

2. Article Number (Transfer from service label)

7018 0360 0002 3295 6523

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 10-12-2018

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**RETURN**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Jessie Lee
*Plaintiff(s)*

v.

Civil Action No. 18-2887-SECT. N MAG 1

Deutsche Bank Nat. Trust Et Al
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Graham, Arceneaux and Allen, LLC
601 Poydras St. Suite 2210 N.O. LA. 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jessie Lee
2315 Republic St.
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9-20-18

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Graham, Arceneaux And Allen LLC & Fred Daigle & Stacy C. Wheat

was received by me on *(date)* _____.

☑ I personally served the summons on the individual at *(place)* 639 Loyola Ave N.O. LA. 70113 _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Oct 25/2018

_____
Server's signature

THERON LARROQUISIK
Printed name and title

3820 Orleans Ave N.O LA 70119
Server's address

Additional information regarding attempted service, etc:

